UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22137-DPG/EGT

GUSTAVO A. FRANCO, and other
similarly situated individuals,

    Plaintiffs,

v.

ALFA VITAMINS LABORATORIES, INC.,
ISAURA VALDES, and ALEJANDRO
VALDES, individually,

    Defendants.

_____

**<u>JOINT NOTICE OF SETTLEMENT</u>**

PLEASE TAKE NOTICE that Plaintiff, GUSTAVO A. FRANCO ("Plaintiff"), and Defendants, ALFA VITAMINS LABORATORIES, INC., ISAURA VALDES and ALEJANDRO VALDES ("Defendants"), (collectively the "Parties"), through their respective counsel, hereby advise the Court that the Parties have reached an agreement to settle this case pending execution of a settlement agreement.  The Parties will file a joint motion for court approval of the settlement once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice.  Accordingly, the Parties respectfully request that the Court stay or set aside all currently set deadlines pending finalization of settlement documents.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

CASE NO.: 22-CV-22137-DPG/EGT

Respectfully submitted this 11th day of November 2022

| | |
|---|---|
| **ZANDRO E. PALMA, P.A.** | **JACKSON LEWIS P.C.** |
| 9100 S. Dadeland Blvd., Suite 1500 | One Biscayne Tower, Suite 3500 |
| Miami, Florida 33156 | 2 South Biscayne Boulevard |
| Telephone: (305) 446-1500 | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| By: /s/ Zandro E. Palma | By: /s/ Scott S. Allen |
| Zandro E. Palma, Esq. | Scott S. Allen, Esq. |
| Florida Bar No. 0024031 | Florida Bar No. 143278 |
| Email: zep@thepalmalawgroup.com | Email: scott.allen@jacksonlewis.com |
| | Brandon U. Campbell, Esq. |
| *Counsel for Plaintiff* | Florida Bar No. 112853 |
| | Email: brandon.campbell@jacksonlewis.com |
| | |
| | *Counsel for Defendants, Alfa Vitamins Laboratories, Inc., Isaura Valdes, and Alejandro Valdes* |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on November 11, 2022, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Scott S. Allen
    Scott S. Allen, Esq.